

# Notice of Service of Process

null / ALL
Transmittal Number: 31716615
Date Processed: 06/26/2025

| | |
|---|---|
| **Primary Contact:** | Jaime Schroeder<br>Menard, Inc.<br>5101 Menard Dr<br>Eau Claire, WI 54703-9604 |
| **Electronic copy provided to:** | Gary Roehm<br>Meghan Olson<br>Tammy Palmquist<br>Audrey Thompson<br>James Anderson |

| | |
|---|---|
| **Entity:** | Menard, Inc.<br>Entity ID Number 0033810 |
| **Entity Served:** | Menard Inc |
| **Title of Action:** | Patricia Mulder vs. Menard Inc |
| **Matter Name/ID:** | Patricia Mulder vs. Menard, Inc. (16588426) |
| **Document(s) Type:** | Summons |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Cook County Circuit Court, IL |
| **Case/Reference No:** | 2025L008092 |
| **Jurisdiction Served:** | Illinois |
| **Date Served on CSC:** | 06/26/2025 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Romanucci & Blandin LLC<br>312-253-8820 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

**EXHIBIT 1**

Hearing Date: No hearing scheduled
Location: <<CourtRoomNumber>>
Judge: Calendar, F

# SUMMONS
IN THE STATE OF ILLINOIS, CIRCUIT COURT

☐ **Alias Summons**
*Check if this is not the 1st Summons issued for this Defendant/Respondent.*

**COUNTY:** Cook
*County Where You Are Filing the Case*

FILED
6/25/2025 4:57 PM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025L008092
Calendar, F
33310111

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** PATRICIA MULDER
*Who started the case.   First, Middle, and Last Name or Business Name*

**DEFENDANTS/RESPONDENTS:** MENARD INC
*Who the case was filed against.*

*First, Middle, and Last Name or Business Name*

2025L008092
**Case Number**

FILED DATE: 6/25/2025 4:57 PM   2025L008092

## The Defendant/Respondent named above has been sued. Read this form for information about how to respond to this lawsuit. Also see page 4 for next steps.

**For the person filling out this form: Read all instructions in this box.**

This *Summons* can only be used for certain types of cases. See the *How To Serve a Summons* Instructions for more information: ilcourts.info/summons-instructions.

Check 1 if this is a 30-day summons, or check 2 if this is a date certain summons. Fill in all the information in 1 or 2.

- Use a **date certain summons** if you are asking for money of $50,000 or less or recovery of your personal property that you think the Defendant has, and for some mandatory arbitration cases. In 2, fill in your court date and how to go to court. You may get the court date when you e-file or you may need to ask the Circuit Clerk's office.

- Use a **30-day summons** for most other case types.

Complete the rest of the form with the Defendant/Respondent's information and information about the lawsuit.
**If you are suing more than 1 Defendant/Respondent**, attach an *Additional Defendant/Respondent Address and Service Information* form for **each** additional Defendant/Respondent.



**☑ 1. 30-DAY SUMMONS**

To participate in this case, you must **file** your *Appearance* and *Answer/Response* forms with the court within 30 days after you are served with this *Summons* (not counting the day of service) by e-filing or at:

Court Address: 50 West Washington St. #801, Chicago, IL 60602
*Courthouse Street Address*

- or -

**☐ 2. DATE CERTAIN SUMMONS**

Your court date is listed below. Information about getting a court date and how to attend is available from the Circuit Clerk. You can find their contact information at *ilcourts.info/CircuitClerks*.

To respond to this *Summons*, you must **attend court** in one of the ways checked below on:

_____ at _____ ☐ a.m. ☐ p.m. in _____.
*Month, Day, Year*            *Time*                          *Courtroom Number*

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts. Forms are free at *ilcourts.info/forms*.
SU-S 1503.7                                Page 1 of 6                                        (11/24)

FILED DATE: 6/25/2025 4:57 PM   2025L008092

Case Number: 2025L008092

## Going to Court for a Date Certain Summons

Court dates may be in-person, remote, or a combination of in-person and remote.

☐ **In person** at: _____
                  *Courtroom Address*            *Courtroom Number*

☐ **Remotely** (video or telephone)

    **By video conference** at: _____
                  *Video Conference Website*

    Log-in information: _____
            *Video Conference Log-in Information, Meeting ID, Password, etc.*

    **By telephone** at: _____
              *Call-in Number for Telephone Remote Appearance*

To find out more about remote court options:

Phone: _____ or Website: _____
    *Circuit Clerk's Phone Number*             *Website URL*

## 3. ADDITIONAL INFORMATION ABOUT THE LAWSUIT

a. I am asking for the following amount of money in my *Complaint/Petition*: $ _____.
    *(Enter 0 if you are not asking for money)*

b. I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession) in my *Complaint/Petition*.

    ☐ Yes      ☐ No

## 4. DEFENDANT/RESPONDENT'S INFORMATION

a. Number of Defendants/Respondents being served:

    ☑ I am having 1 Defendant/Respondent served and their information is on this form below.

    ☐ I am having more than 1 Defendant/Respondent served. The first is listed below. I have attached *Additional Defendant/Respondent Address and Service Information* forms for the following number of additional Defendants/Respondents: _____.
                                                                          *Number*

b. First Defendant/Respondent's **primary address/information** for service:

Name: MENARD, INC.
    *First, Middle, and Last Name, or Business Name*

Registered Agent's Name *(if you are serving the Registered Agent of a business)*:

PRENTICE HALL CORPORATION
    *First, Middle, and Last Name*

Street Address: 801 ADLAI STEVENSON DRIVE
    *Street, Apt #*

City, State, ZIP: SPRINGFIELD      IL      62703
    *City*                 *State*              *Zip*

Telephone: _____ Email: _____

Case Number: 2025L008092

c. **Second address** for this Defendant/Respondent:
☐ I do **not** have another address where the Defendant/Respondent might be found.
☐ I have another address where this Defendant/Respondent might be found. It is:

Street Address: _____
*Street, Apt #*

City, State, ZIP: _____
*City*     *State*     *Zip*

Telephone: _____ Email: _____

d. **Person who will serve your documents on this Defendant/Respondent:**
☐ Sheriff in Illinois ☑ Special process server ☐ Licensed private detective
☐ Sheriff outside Illinois: _____
*County & State*

**PLAINTIFF/PETITIONER INFORMATION:**
*Enter your information below.*

Name Romanucci & blandin LLC/ Isabella Mazzanti
*First, Middle and Last Name*

Registered Agent's name, if any _____
*First, Middle and Last Name*

Street Address 3231 N. Clark St, Suite 900
*Street, Apt #*

City, State, ZIP: Chicago     IL     60654
*City*     *State*     *Zip*

Telephone: 312-253-8820     Email: imazzanti@rblaw.net

Be sure to **check your email every day** so you do not miss important information, court dates, or documents from other parties.

**STOP** The Circuit Clerk and officer or process server will fill in this section.

**To be filled in by the Circuit Clerk:**

Witness this Date: 6/25/2025 4:57 PM Mariyana T. Spyropoulos     *Seal of Court*

Clerk of the Court: _____

**To be filled in by an officer or process server:**
Date of Service: 06/26/20 ___

*Fill in the date above and give this copy of the Summons to the person served.*

**Note to officer or process server:**
- If 1 is checked, this is a 30-day *Summons* and must be served within 30 days of the witness date.
- If 2 is checked, this is a date certain *Summons* and must be served at least 21 days before the court date, unless 3b is checked yes.
   - If 2 is checked **and** 3b is checked yes, the *Summons* must be served at least 3 days before the court date.
- Fill in the date above and give this copy of the *Summons* to the person served.
- You must also complete the attached *Proof of Service* form and file it with the court or return it to the Plaintiff.



Case Number: 2025L008092

# WHAT'S NEXT

## NEXT STEPS FOR PERSON FILLING OUT THIS FORM:

When you file a lawsuit, you must notify the person or business you are suing of the court case by having the *Summons* and Complaint or Petition delivered to them. This is called "serving" them.

File your *Summons* and Complaint or Petition with the Circuit Clerk in the county where your court case should be filed. The Circuit Clerk will "issue" the *Summons* by putting a court seal on the form.

Have the sheriff or a private process server serve the *Summons* and a copy of the Complaint or Petition on the Defendant/Respondent. You cannot serve the *Summons* yourself.



Learn more about each step in the process and how to file in the instructions: ilcourts.info/summons-instructions.

## NEXT STEPS FOR PERSON RECEIVING THIS DOCUMENT:

**You have been sued:**
- Read all documents attached to this *Summons*.
- All documents referred to in this *Summons* can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.
- You may be charged filing fees, but if you cannot pay them, you can file an *Application for Waiver of Court Fees (Civil)*.
- When you go to court, it is possible that the court will allow you to attend the first court date in this case in-person or remotely by video or phone. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.

**If Section 1 on page 1 of this *Summons* is checked (30-day summons):**
- You **must** file official documents called an *Appearance* and an *Answer/Response* with the court within 30 days of the date you were served with this *Summons*.
- If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.
- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efiling. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.
- You should be notified of any future court dates.

**If Section 2 on page 1 of on this *Summons* is checked (date certain summons):**
- You **must** attend court on the date listed in Section 2 of this *Summons*.
- If you do not attend that court date, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.

**Need Help? ¿Necesita ayuda?**
- Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents.
- Llame o envíe un mensaje de texto a Illinois Court Help al 833-411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.
- You can also get free legal information and legal referrals at illinoislegalaid.org.
- If there are any words or terms that you do not understand, please **visit Illinois Legal Aid Online** at ilao.info/glossary. You may also find more information, resources, and the location of your local legal self-help center at: ilao.info/lshc-directory.

Case Number: 2025L008092

# PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION

IN THE STATE OF ILLINOIS, CIRCUIT COURT

☐ **Alias Summons**
*Check if this is not the 1st Summons issued for this Defendant/Respondent.*

**COUNTY:** Cook
*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** PATRICIA MULDER
*Who started the case.*    *First, Middle, and Last Name or Business Name*

**DEFENDANTS/RESPONDENTS:** MENARD INC
*Who the case was filed against.*

*First, Middle, and Last Name or Business Name*

2025L008092
**Case Number**

**STOP** Do not complete the rest of the form. **The sheriff or special process server will fill in the form.** Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent who will be served.

My name is _____ and I state:
*Officer/Process Server First, Middle, Last Name*

## SERVICE INFORMATION

Defendant/Respondent: _____
*First, Middle, Last Name, or Business Name*

☐ I was not able to serve the *Summons* and Complaint/Petition on the Defendant/Respondent named above.

- or -

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent named above as follows:

☐ **Personally** on the Defendant/Respondent:
☐ Male ☐ Female ☐ Non-Binary  Approx. Age: _____  Race: _____

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

☐ On **someone else at the Defendant/Respondent's home** who is at least 13 years old and is a family member or lives there:
Name of person served: _____
*First, Middle, Last Name*
☐ Male ☐ Female ☐ Non-Binary  Approx. Age: _____  Race: _____

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____
and by sending a copy to this Defendant/Respondent in a postage-paid, sealed envelope to the above address on this date: _____.

FILED DATE: 6/25/2025 4:57 PM 2025L008092

Case Number: 2025L008092

☐ On the **Business's agent:** _____
                                  *First, Middle, Last Name*
    ☐ Male ☐ Female ☐ Non-Binary  Approx. Age: _____  Race: _____
    On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address, Unit#: _____
    City, State, ZIP: _____

## SERVICE ATTEMPTS

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

**First Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address, Unit#: _____
    City, State, ZIP: _____
    Other information about service attempt:
    _____
    _____
    _____

**Second Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address, Unit#: _____
    City, State, ZIP: _____
    Other information about service attempt:
    _____
    _____
    _____

**Third Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address, Unit#: _____
    City, State, ZIP: _____
    Other information about service attempt:
    _____
    _____
    _____

## SIGN

I certify under 735 ILCS 5/1-109 that:
1) everything in this document is true and correct, or I have been informed or I believe it to be true and correct, and
2) I understand that making a false statement on this form is perjury and has penalties provided by law.

Your Signature /s/ _____    Print Your Name _____

You are: ☐ Sheriff in Illinois               ☐ Special process server
        ☐ Sheriff outside Illinois: _____ ☐ Licensed private detective, license number: _____
                                *County and State*                                                                                 *License number*

**FEES:**
    Service and Return: $_____    Miles: $_____    Total: $_____

FILED
6/25/2025 11:01 AM
Mariyana T. Spyropoulos
CIRCUIT CLERK
COOK COUNTY, IL
2025L008092
Calendar, F
33297908

**IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT, LAW DIVISION**

| | |
|---|---|
| PATRICIA MULDER, | |
| Plaintiff, | |
| v. | No.: |
| MENARD INC., d/b/a MENARDS, | Plaintiff Demands a Jury Trial |
| Defendant. | |

### COMPLAINT AT LAW

Plaintiff, PATRICIA MULDER, through her attorneys, ROMANUCCI & BLANDIN, LLC, for her Complaint at Law, alleges against Defendant MENARD INC., d/b/a MENARDS hypothetically and in the alternative where applicable, as follows:

### PARTIES AND JURISDICTION

1. On and before July 22, 2024, Plaintiff PATRICIA MULDER was a resident of Cook County, Illinois.

2. On and before July 22, 2024, Defendant MENARD INC., d/b/a MENARDS (hereinafter "MENARDS") was organized under the laws of the State of Wisconsin and was an incorporation that transacted business throughout the United States, including in Cook County, Illinois.

3. On and before July 22, 2024, Defendant MENARDS owned a store located at 9140 South Harlem Avenue, Bridgeview, Illinois, 60455.

4. Pursuant to the Illinois Code of Civil Procedure and the Rules of the Illinois Supreme Court, this matter is properly before the Circuit Court of Cook County, Illinois, because the conduct complained of herein occurred in Cook County, Illinois.

FILED DATE: 6/25/2025 11:01 AM 2025L008092

**COMMON ALLEGATIONS**

5. On July 22, 2024, and at all times relevant herein, there existed a retail store licensed to do business at 9140 South Harlem Avenue, Bridgeview, IL 60455, Cook County, State of Illinois, commonly known as "Menards".

6. On July 22, 2024, and at all times relevant herein, Defendant MENARDS was doing business at 9140 South Harlem Avenue, Bridgeview, IL 60455, Cook County, State of Illinois.

7. On July 22, 2024, and at all times relevant herein, Defendant MENARDS owned the premises located at 9140 South Harlem Avenue, Bridgeview, IL 60455, Cook County, State of Illinois.

8. On July 22, 2024, and at all times relevant herein, Defendant MENARDS operated the premises located at 9140 South Harlem Avenue, Bridgeview, IL 60455, Cook County, State of Illinois.

9. On July 22, 2024, and at all times relevant herein, Defendant MENARDS managed the premises located at 9140 South Harlem Avenue, Bridgeview, IL 60455, Cook County, State of Illinois.

10. On July 22, 2024, and at all times relevant herein, Defendant MENARDS maintained the premises located at 9140 South Harlem Avenue, Bridgeview, IL 60455, Cook County, State of Illinois.

11. On July 22, 2024, and at all times relevant herein, Defendant MENARDS controlled the premises located at 9140 South Harlem Avenue, Bridgeview, IL 60455, Cook County, State of Illinois.

FILED DATE: 6/25/2025 11:01 AM   2025L008092

12. On July 22, 2024, and at all times relevant herein, the Menards located at 9140 South Harlem Avenue, Bridgeview, IL 60455, Cook County, State of Illinois was open for business to the general public.

13. On July 22, 2024, and at all times relevant herein, there existed an uneven, broken, and/or otherwise defective descending moving walkway at the Menards located 9140 South Harlem Avenue, Bridgeview, IL 60455, Cook County, State of Illinois.

14. On July 22, 2024, and at all times relevant herein, said uneven, broken, and/or otherwise defective descending moving walkway existed at 9140 South Harlem Avenue, Bridgeview, IL 60455, Cook County, State of Illinois, and was used by people on the property.

15. At no time on July 22, 2024, did an employee, agent, and/or servant of Defendant MENARDS warn people on the property of said defective descending moving walkway.

16. At no time on July 22, 2024, did an employee, agent, and/or servant of Defendant MENARDS place warning signs near said defective descending moving walkway.

17. At no time on July 22, 2024, did an employee, agent, and/or servant of Defendant MENARDS place barricades near said defective descending moving walkway to prevent customers from harm.

18. On July 22, 2024, 85-year-old Plaintiff PATRICIA MULDER was shopping at the Menards located 9140 South Harlem Avenue, Bridgeview, IL 60455, Cook County, State of Illinois.

19. On July 22, 2024, Plaintiff PATRICIA MULDER was on said defective descending moving walkway traveling to the first floor of the premises when her shopping cart suddenly got stuck and/or stopped moving on the walkway.

20. On July 22, 2024, Plaintiff PATRICIA MULDER was violently pulled underneath her shopping cart then subsequently thrown forward when said defective descending moving walkway continued in a forward motion while her shopping cart remained stagnant and/or stuck.

21. As a direct and proximate result of the uneven, broken, and/or otherwise defective descending moving walkway at the Menards located 9140 South Harlem Avenue, Bridgeview, IL 60455, Cook County, State of Illinois Plaintiff PATRICIA MULDER sustained severe and permanent injuries, experienced physical pain, mental suffering, emotional distress, disability, disfigurement, loss of normal life, lost income, and has incurred legal obligations for medical and therapy bills, all of which injuries, conditions, and damages are permanent in nature.

## COUNT I—NEGLIGENCE
### PATRICIA MULDER v MENARD INC., d/b/a MENARDS

22. Plaintiff PATRICIA MULDER incorporates by reference paragraphs 1 – 21 as if full stated herein.

23. It was the duty of Defendant MENARDS, before and at the time of the occurrence, to use ordinary care for the safety of the Plaintiff.

24. Notwithstanding said duty, on the aforesaid date and at said place, Defendant MENARDS by and through its duly authorized agents, employees, and/or servants committed one or more of the following acts and/or omissions:

    a. Created the defective descending moving walkway;
    b. Did not direct customers around the defective descending moving walkway;
    c. Did not warn of the defective descending moving walkway; and/or
    d. Did not separate patrons from the defective descending moving walkway.

25. As a direct and proximate result of one or more of the foregoing acts and/or omissions, Plaintiff PATRICIA MULDER sustained injuries of a personal and pecuniary nature.

26. As a further direct and proximate result of one or more of the foregoing acts and/or omissions, Plaintiff PATRICIA MULDER suffered severe and permanent injuries, both internally and externally; and as a consequence thereof, Plaintiff has suffered and will continue to suffer great pain and mental anguish and loss of a normal life; that in addition thereto, Plaintiff has incurred and will in the future incur reasonable and necessary medical expenses in endearing to treat of said injuries; and that Plaintiff has and will suffer from disability and disfigurement, and has otherwise been damaged in a pecuniary way.

WHEREFORE, Plaintiff PATRICIA MULDER through her attorneys, ROMANUCCI & BLANDIN, prays for judgment against Defendant MENARD INC., d/b/a MENARDS for an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00), the jurisdictional limit of the law division of the Circuit Court of Cook County.

## COUNT II – PREMISES
## PATRICIA MULDER v MENARD INC., d/b/a MENARDS

27. Plaintiff PATRICIA MULDER incorporates by reference paragraphs 1 – 21 as if full stated herein.

28. It was the duty of Defendant MENARDS as an owner and occupier of the property in question, to exercise ordinary care to see that the property was reasonably safe for the use of those lawfully on the property.

29. Notwithstanding said duty, Defendant MENARDS committed one or more of the following acts and/or omissions:

   a. Allowed a dangerous condition to exist on the premises by failing to take the appropriate steps to fix the defective descending moving walkway that they knew, or in the exercise of ordinary care, should have known would create a hazard to invitees and other persons, including Plaintiff, PATRICIA MULDER;

   b. Allowed a dangerous condition to exist by failing to take appropriate steps to ensure that invitees had a safe pathway onto multiple levels of the premises when

5

FILED DATE: 6/25/2025 11:01 AM  2025L008092

they knew or, in the exercise of ordinary care, should have known that invitees and other patrons would be using said moving walkway and knew that it created a hazard for Plaintiff, PATRICIA MULDER;

c. Failed to provide a reasonably safe pathway for invitees when they knew, or in the exercise of ordinary care, should have known that invitees and other persons would be using said moving walkway and knew that it was defective which created a hazard for Plaintiff, PATRICIA MULDER;

d. Failed to properly warn and/or notify invitees of a dangerous condition present on the premises when they knew or, in the exercise of ordinary care, should have known that invitees or other persons would not have knowledge of said dangerous condition and knew that there was a defect which created a hazard for Plaintiff, PATRICIA MULDER;

e. Failed to properly train employees and/or contractors on how to inspect and fix said defective descending moving walkway; and

f. Failed to instruct employees, and contractors to properly and adequately maintain a descending moving walkway for use by invitees.

30. As a direct and proximate result of one or more of the foregoing acts and/or omissions, Plaintiff PATRICIA MULDER sustained injuries of a personal and pecuniary nature.

31. As a further direct and proximate result of one or more of the foregoing acts and/or omissions, Plaintiff PATRICIA MULDER suffered severe and permanent injuries, both internally and externally; and as a consequence thereof, Plaintiff has suffered and will continue to suffer great pain and mental anguish and loss of a normal life; that in addition thereto, Plaintiff has incurred and will in the future incur reasonable and necessary medical expenses in endearing to treat of said injuries; and that Plaintiff has and will suffer from disability and disfigurement, and has otherwise been damaged in a pecuniary way.

WHEREFORE, Plaintiff PATRICIA MULDER through her attorneys, ROMANUCCI & BLANDIN, prays for judgment against Defendant MENARD INC., d/b/a MENARDS for an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00), the jurisdictional limit of the law division of the Circuit Court of Cook County.

Respectfully Submitted,

*[signature: Isabella Mazzanti]*

An Attorney for Plaintiff

**ROMANUCCI & BLANDIN, LLC**
321 N. Clark St., Suite 900
Chicago, IL 60654
t.: 312.253.8820
f.: 312.458.1004 ATTN: Isabella
e.: imazzanti@rblaw.net
ARDC No.: 6349562
Atty. No.: 35875

FILED DATE: 6/25/2025 11:01 AM 2025L008092

7

FILED DATE: 6/25/2025 11:01 AM 2025L008092

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| PATRICIA MULDER, | |
| Plaintiff, | |
| v. | No.: |
| MENARD INC., d/b/a MENARDS, | Plaintiff Demands a Jury Trial |
| Defendant. | |

### JURY DEMAND

The undersigned demands a jury trial.

Respectfully Submitted,

                                        Respectfully Submitted,

                                        By: */s/ Isabella Mazzanti*
                                                  An Attorney for Plaintiffs

Isabella Mazzanti
**ROMANUCCI & BLANDIN, LLC.**
321 N. Clark St., Suite 900
Chicago, IL 60654
t.: 312.253.8820
f.: 312.458.1004
imazzanti@rblaw.net
Attorney No. 35875