Wisconsin.Gov



State of Wisconsin
# Department of Financial Institutions

Search for:

menard                                                    **Search Records**

Search
Advanced Search
Name Availability

**Corporate Records**                           Result of lookup for **1M11277** (at 4/10/2025 11:43 AM )

## MENARD, INC.

You can: **File an Annual Report** - **Request a Certificate of Status** - **File a Registered Agent/Office Update Form**

**Vital Statistics**

| | |
|---|---|
| Entity ID | 1M11277 |
| Registered Effective Date | 01/30/1962 |
| Period of Existence | PER |
| Status | Incorporated/Qualified/Registered   **Request a Certificate of Status** |
| Status Date | 01/30/1962 |
| Entity Type | Domestic Business |
| Annual Report Requirements | Business Corporations are required to file an Annual Report under s.180.1622 WI Statutes. |

**Addresses**

| | |
|---|---|
| Registered Agent Office | CORPORATION SERVICE COMPANY<br>33 E MAIN ST<br>STE 610<br>MADISON , WI 53703-4655<br><br>**File a Registered Agent/Office Update Form** |
| Principal Office | 5101 MENARD DR<br>EAU CLAIRE , WI 54703-9604 |

**Historical Information**

Annual Reports

| Year | Reel | Image | Filed By | Stored On |
|---|---|---|---|---|
| 2025 | 000 | 0000 | online | database |
| 2024 | 000 | 0000 | online | database |
| 2023 | 000 | 0000 | online | database |
| 2022 | 000 | 0000 | online | database |

**EXHIBIT 2**

| Year | Reel | Image | Filed By | Stored On |
|---|---|---|---|---|
| 2021 | 000 | 0000 | online | database |
| 2020 | 000 | 0000 | online | database |
| 2019 | 000 | 0000 | online | database |
| 2018 | 000 | 0000 | online | database |
| 2017 | 000 | 0000 | online | database |
| 2016 | 000 | 0000 | online | database |
| 2015 | 000 | 0000 | online | database |
| 2014 | 000 | 0000 | online | database |
| 2013 | 000 | 0000 | online | database |
| 2012 | 000 | 0000 | online | database |
| 2011 | 000 | 0000 | online | database |
| 2010 | 000 | 0000 | online | database |
| 2009 | 000 | 0000 | online | database |
| 2008 | 000 | 0000 | online | database |
| 2007 | 000 | 0000 | online | database |
| 2006 | 000 | 0000 | online | database |
| 2005 | 111 | 1111 | paper | image |
| 2004 | 111 | 1111 | paper | image |
| 2003 | 000 | 0000 | online | database |
| 2002 | 000 | 0000 | online | database |
| 2001 | 008 | 0161 | paper | microfilm |
| 2000 | 008 | 1523 | paper | microfilm |
| 1999 | 008 | 1501 | paper | microfilm |
| 1998 | 008 | 0052 | paper | microfilm |
| 1997 | 008 | 0649 | paper | microfilm |
| 1996 | 007 | 0470 | paper | microfilm |
| 1995 | 007 | 1452 | paper | microfilm |
| 1994 | 006 | 0915 | paper | microfilm |

File an Annual Report - Order a Document Copy

**Certificates of Newly-elected Officers/Directors**

| Year | Reel | Image | Filed By | Stored On |
|---|---|---|---|---|
| 2020 | 222 | 2222 | paper | image |
| 2019 | 222 | 2222 | paper | image |
| 2017 | 222 | 2222 | paper | image |
| 2008 | 222 | 2222 | paper | image |

Order a Document Copy

**Old Names**

| Change Date | Name |
|---|---|
| Current | MENARD, INC. |
| 01/14/1972 | MENARD CONSTRUCTION, INC. |

**Chronology**

| Effective Date | Transaction | Processed Date | Description |
| --- | --- | --- | --- |
| 01/30/1962 | Incorporated/Qualified/Registered | 01/30/1962 | |
| 04/08/1966 | Amendment | 04/08/1966 | |
| 01/26/1970 | Amendment | 01/26/1970 | |
| 01/14/1972 | Amendment | 01/14/1972 | NAME CHG |
| 01/24/1983 | Amendment | 01/24/1983 | |
| 04/02/2002 | Change of Registered Agent | 04/02/2002 | FM16-E-Form |
| 09/19/2002 | Restated Articles | 09/26/2002 | CHGS REGD AGT & ADDRESS |
| 04/04/2003 | Change of Registered Agent | 04/04/2003 | FM16-E-Form |
| 03/30/2009 | Change of Registered Agent | 03/30/2009 | FM16-E-Form |
| 04/04/2012 | Change of Registered Agent | 04/04/2012 | FM16-E-Form |
| 05/01/2012 | Merger (survivor) | 04/27/2012 | 1C19164 (COUNTERTOPS, INC.) |
| 06/05/2015 | Change of Registered Agent | 06/08/2015 | FM13-E-Form |
| 03/30/2017 | Change of Registered Agent | 03/30/2017 | Form16 OnlineForm |
| 01/04/2023 | Change of Registered Agent | 01/04/2023 | BULK FILING |
| 03/21/2023 | Change of Registered Agent | 03/21/2023 | Form16 OnlineForm |

Order a Document Copy