## People Finder Household-Centric Record

### Source Information

| | |
|---|---|
| **Information Current Through:** | 03/26/2025 |
| **Database Last Updated:** | 06/19/2025 |
| **Update Frequency:** | MONTHLY |
| **Current Date:** | 07/01/2025 |
| **Source:** | Data by Data Axle, Copyright © 2025, All Rights Reserved. |

### Household Information:

| | |
|---|---|
| **Address:** | 9029 W 111TH ST APT 2B<br>PALOS HILLS, IL 60465-3138 |
| **County:** | COOK |
| **Latitude/Longitude:** | 41.688629/-87.842741 |
| **Residence Type:** | MULTI-FAMILY DWELLING |
| **Address First Reported:** | 1995 |
| **Telephone:** | 708-974-2544 |
| **Service Type:** | VOICE LINE |

### Head of Household Information

| | |
|---|---|
| **Head of Household:** | MS PATRICIA A MULDER |
| **Gender:** | FEMALE |
| **Date of Birth:** | ▮▮▮▮ 1939 |
| **Name/Address Confirmed:** | 11/2012 |
| **Marital Status:** | SINGLE |

*Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*

**End of Document** © 2025 Thomson Reuters. No claim to original U.S. Government Works.

EXHIBIT 3