## Motor Vehicle Record

**Source Information**

| | |
|---|---|
| **Coverage Begin Date:** | 01/01/2001 |
| **Information Current Through:** | 06/21/2025 |
| **Database Last Updated:** | 06/28/2025 |
| **Update Frequency:** | 2X MONTHLY |
| **Current Date:** | 07/01/2025 |
| **Source:** | SECRETARY OF STATE, VEHICLE SERVICES DEPT. |

**Vehicle Information**

| | |
|---|---|
| **VIN:** | 1C4PJLCB0JD616057 |
| **Vehicle Type:** | PASSENGER CAR |
| **Model Year:** | 2018 |
| **Make:** | JEEP |
| **Body Style:** | SUV 4D 5P |
| **Model/Series:** | CHEROKEE LATITUDE TECH CONNECT |
| **Primary Color:** | BLACK |
| **Secondary Color:** | BLACK |

**Registration Information**

| | |
|---|---|
| **License Plate Number:** | GAL116 |
| **Issuing State:** | IL |
| **Plate Type:** | PRIVATE |
| **Previous Plate Number:** | GAL116 |
| **Previous Plate State:** | IL |
| **Registration Renewal Date:** | 07/22/2024 |
| **Expiration Date:** | 08/31/2025 |
| **Registrant(s) Since:** | 01/08/2018 |
| **Name:** | PATRICIA A. MULDER |
| **Interest:** | LESSEE |
| **Mailing Address:** | 9029 W 111TH ST APT 2B<br> PALOS HILLS, IL 60465-3138 |
| **County:** | COOK |
| **Registration Renewal Date:** | 07/22/2024 |
| **Expiration Date:** | 08/31/2025 |
| **Registrant(s) Since:** | 01/08/2018 |
| **Name:** | PATRICIA A. MULDER |
| **Interest:** | REGISTRANT |
| **Mailing Address:** | 9029 W 111TH ST APT 2B<br> PALOS HILLS, IL 60465-3138 |
| **County:** | COOK |

**Title Information:**

| | |
|---|---|
| **Name:** | PATRICIA A. MULDER |
| **Interest:** | OWNER |
| **Title Transaction Date:** | 01/10/2018 |
| **Mailing Address:** | 9029 W 111TH ST APT 2B<br> PALOS HILLS, IL 60465-3138 |
| **County:** | COOK |

**Lien Holder Information**

| | |
|---|---|
| **Name:** | CAPITAL ONE AUTO FINANCE |

**EXHIBIT 4**

| | |
|---|---|
| **Interest:** | LIEN HOLDER |
| **Mailing Address:** | PO BOX 660068 |
| | 660068 |
| | SACRAMENTO, CA 95866-0068 |
| **County:** | SACRAMENTO |

### Historical DMV Record 1

| | |
|---|---|
| **Registration Renewal Date:** | 08/11/2023 |
| **Expiration Date:** | 08/31/2024 |
| **License Plate Number:** | GAL116 |
| **Issuing State:** | IL |
| **Plate Type:** | PRIVATE |
| **Previous Plate Number:** | GAL116 |
| **Previous Plate State:** | IL |
| **Name:** | PATRICIA A. MULDER |
| **Interest:** | REGISTRANT |
| **Mailing Address:** | 9029 W 111TH ST |
| | PALOS HILLS, IL 60465-3138 |
| **County:** | COOK |
| **Registration Renewal Date:** | 08/11/2023 |
| **Expiration Date:** | 08/31/2024 |
| **Name:** | PATRICIA A. MULDER |
| **Interest:** | LESSEE |
| **Mailing Address:** | 9029 W 111TH ST |
| | PALOS HILLS, IL 60465-3138 |
| **County:** | COOK |

### Historical DMV Record 2

| | |
|---|---|
| **Registration Renewal Date:** | 07/12/2022 |
| **Expiration Date:** | 08/31/2023 |
| **License Plate Number:** | GAL116 |
| **Issuing State:** | IL |
| **Plate Type:** | PRIVATE |
| **Previous Plate Number:** | GAL116 |
| **Previous Plate State:** | IL |
| **Name:** | PATRICIA A. MULDER |
| **Interest:** | REGISTRANT |
| **Mailing Address:** | 9029 W 111TH ST |
| | PALOS HILLS, IL 60465-3138 |
| **County:** | COOK |
| **Registration Renewal Date:** | 07/12/2022 |
| **Expiration Date:** | 08/31/2023 |
| **Name:** | PATRICIA A. MULDER |
| **Interest:** | LESSEE |
| **Mailing Address:** | 9029 W 111TH ST |
| | PALOS HILLS, IL 60465-3138 |
| **County:** | COOK |

### Historical DMV Record 3

| | |
|---|---|
| **Registration Renewal Date:** | 07/14/2021 |
| **Expiration Date:** | 08/31/2022 |
| **License Plate Number:** | GAL116 |
| **Issuing State:** | IL |
| **Plate Type:** | PRIVATE |
| **Previous Plate Number:** | GAL116 |
| **Previous Plate State:** | IL |

| | |
|---|---|
| **Name:** | PATRICIA A. MULDER |
| **Interest:** | LESSEE |
| **Mailing Address:** | 9029 W 111TH ST |
| | PALOS HILLS, IL 60465-3138 |
| **County:** | COOK |
| **Registration Renewal Date:** | 07/14/2021 |
| **Expiration Date:** | 08/31/2022 |
| **Name:** | PATRICIA A. MULDER |
| **Interest:** | REGISTRANT |
| **Mailing Address:** | 9029 W 111TH ST |
| | PALOS HILLS, IL 60465-3138 |
| **County:** | COOK |

**Historical DMV Record 4**

| | |
|---|---|
| **Registration Renewal Date:** | 06/05/2020 |
| **Expiration Date:** | 08/31/2021 |
| **License Plate Number:** | GAL116 |
| **Issuing State:** | IL |
| **Plate Type:** | PRIVATE |
| **Previous Plate Number:** | GAL116 |
| **Previous Plate State:** | IL |
| **Name:** | PATRICIA A. MULDER |
| **Interest:** | LESSEE |
| **Mailing Address:** | 9029 W 111TH ST |
| | PALOS HILLS, IL 60465-3138 |
| **County:** | COOK |
| **Registration Renewal Date:** | 06/05/2020 |
| **Expiration Date:** | 08/31/2021 |
| **Name:** | PATRICIA A. MULDER |
| **Interest:** | REGISTRANT |
| **Mailing Address:** | 9029 W 111TH ST |
| | PALOS HILLS, IL 60465-3138 |
| **County:** | COOK |

**Historical DMV Record 5**

| | |
|---|---|
| **Registration Renewal Date:** | 07/17/2019 |
| **Expiration Date:** | 08/31/2020 |
| **License Plate Number:** | GAL116 |
| **Issuing State:** | IL |
| **Plate Type:** | PRIVATE |
| **Previous Plate Number:** | GAL116 |
| **Previous Plate State:** | IL |
| **Name:** | PATRICIA A. MULDER |
| **Interest:** | LESSEE |
| **Mailing Address:** | 9029 W 111TH ST |
| | PALOS HILLS, IL 60465-3138 |
| **County:** | COOK |
| **Registration Renewal Date:** | 07/17/2019 |
| **Expiration Date:** | 08/31/2020 |
| **Name:** | PATRICIA A. MULDER |
| **Interest:** | REGISTRANT |
| **Mailing Address:** | 9029 W 111TH ST |
| | PALOS HILLS, IL 60465-3138 |
| **County:** | COOK |

**Historical DMV Record 6**

| | |
|---|---|
| **Registration Renewal Date:** | 07/09/2018 |
| **Expiration Date:** | 08/31/2019 |
| **License Plate Number:** | GAL116 |
| **Issuing State:** | IL |
| **Plate Type:** | PRIVATE |
| **Previous Plate Number:** | GAL116 |
| **Previous Plate State:** | IL |
| **Name:** | PATRICIA A. MULDER |
| **Interest:** | REGISTRANT |
| **Mailing Address:** | 9029 W 111TH ST  PALOS HILLS, IL 60465-3138 |
| **County:** | COOK |
| **Registration Renewal Date:** | 01/08/2018 |
| **Expiration Date:** | 08/31/2018 |
| **License Plate Number:** | GAL116 |
| **Issuing State:** | IL |
| **Plate Type:** | PRIVATE |
| **Name:** | PATRICIA A. MULDER |
| **Interest:** | REGISTRANT |
| **Mailing Address:** | 9029 W 111TH ST  PALOS HILLS, IL 60465-3138 |
| **County:** | COOK |
| **Registration Renewal Date:** | 01/08/2018 |
| **Expiration Date:** | 08/31/2018 |
| **Name:** | PATRICIA A. MULDER |
| **Interest:** | LESSEE |
| **Mailing Address:** | 9029 W 111TH ST  PALOS HILLS, IL 60465-3138 |
| **County:** | COOK |

*Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.*

---

End of Document © 2025 Thomson Reuters. No claim to original U.S. Government Works.