Home  |  State Board of Elections Home  |  Application Status  |  Contact
Polling Place Locator  |  Am I Registered To Vote In Illinois?
Select a Language:   中文  English  हिंदी  Español

# REGISTRATION LOOKUP RESULTS

Your Search Criteria: Patricia, Mulder, 9029, W 111TH ST, 60465, 05/27/1939

**Name:**
Patricia A Mulder

**Age:**
86

**Registration Status:**
Patricia Mulder **IS REGISTERED TO VOTE** in the State of Illinois.

If you have any questions, please contact the Cook local Election Authority

Early Voting/Grace Period Registration Locations

## District Information

| | |
|---|---|
| Congressional (Federal) | 6 |
| State Senate | 18 |
| State Representative | 36 |
| Community College | Moraine Valley Community College 524 |
| Appellate Judicial | 1 |
| City | CITY OF PALOS HILLS |
| Fire Protection | North Palos Fire Protection District |
| Judicial Circuit | COOK |
| Judicial Subcircuit | COOK COUNTY JUDICIAL CIRCUIT 19TH SUBCIRCUIT |
| Library | Green Hills Public Library District |
| County Board of Review | 1 |
| Precinct & Splits | 8800034 0 |
| Precinct | 8800034 |
| Retention Appellate Judicial | 1 |
| County Board | 17 |
| School | PALOS CCSD 118 |
| High School | CONS HSD 230 |
| Township | PALOS TOWNSHIP |
| Ward | PALOS HILLS, WARD 5 |
| Water Reclamation | METROPOLITAN WATER RECLAMATION DISTRICT |

**Return to Registration Lookup**

PSV-OVA-WEB2

**EXHIBIT 5**