IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PATRICIA MULDER

    Plaintiff,

v.

MENARD, INC. d/b/a MENARDS

    Defendant.

Case No: 25 cv 7421

(Removed from the Circuit Court of Cook County, Illinois Case No. 2025L008092)

### DEFENDANT MENARD, INC.'S CORPORATE DISCLOSURE STATEMENT

NOW COMES the Defendant, MENARD, INC. ("Menard"), by and through its attorneys, OTTOSEN DINOLFO HASENBALG & CASTALDO, LTD., and for its Corporate Disclosure Statement and notice of affiliates pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2, states as follows:

Defendant Menard is a privately held corporation. No publicly held entity owns more than 5% of the corporation.

                                      **MENARD, INC.**

                                      /s/ W. Anthony Andrews
                                        One of its attorneys

**OTTOSEN DINOLFO HASENBALG & CASTALDO, LTD.**
W. Anthony Andrews ARDC No. 6217267
1804 N. Naper Blvd; Suite 350
Naperville, Illinois 60563
Phone: 630-682-0085
Fax: 630-682-0788