# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Patricia Mulder

                              Plaintiff,

v.                                                                      Case No.: 1:25−cv−07421
                                                                     Honorable Charles P. Kocoras

Menard, Inc. d/b/a Menards

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 4, 2026:

      MINUTE entry before the Honorable Charles P. Kocoras: The Court has reviewed the parties' joint status report [22] regarding the progress of discovery. An updated joint status report addressing the status of discovery and settlement discussions is due on 3/26/2026. Mailed notice. (sxh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.