## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Patricia Mulder

                    Plaintiff,

v.                                        Case No.: 1:25−cv−07421
                                        Honorable Charles P. Kocoras

Menard, Inc. d/b/a Menards

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 12, 2026:

      MINUTE entry before the Honorable Charles P. Kocoras: Plaintiff's motion for leave [26] is granted. Plaintiff is instructed to file the First Amended Complaint as an individual docket entry. The presentment hearing noticed for 5/19/2026 is stricken with no appearance necessary. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.