**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Patricia Mulder

                    Plaintiff,

v.                                      Case No.: 1:25–cv–07421
                                      Honorable Charles P. Kocoras

Menard, Inc. d/b/a Menards

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 19, 2026:

      MINUTE entry before the Honorable Charles P. Kocoras: Telephonic status hearing held. A status hearing is set for 9/15/2026 at 9:55 a.m. to report on the status of expert discovery and settlement discussions. For the telephonic status hearing, parties are to use the following link: https://us–courts.webex.com/meet/JudgeKocoras_Cour troom,or the following call–in number: 1–650–479–3207, access code 2307 261 5596. Use of the link is strongly encouraged. When using the link, Counsel must type in their name when joining the call. Throughout the call, each speaker will be expected to identify themselves for the record before speaking. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.