**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Patricia Mulder

Plaintiff,

v.

Case No.: 1:25−cv−07421
Honorable Charles P. Kocoras

Menard, Inc. d/b/a Menards

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 30, 2026:

MINUTE entry before the Honorable Albert Berry III: At the parties' request, a settlement conference is set for 12/21/26 at 10:00am and will be by video. The parties' counsel must review and comply with this court's Standing Order for Settlement Conference, which appears on the court's website. The parties should invest sufficient time and effort when preparing their settlement statements because the Court finds that thoughtful and detailed settlement statements are critical to having productive settlement discussions. Settlement statements should be no more than 10 pages each. The Court expects the parties to present clear arguments and case theories to facilitate a meaningful resolution. Please review the guidelines. THE FACT THAT A SETTLEMENT CONFERENCE HAS BEEN SCHEDULED DOES NOT MEAN THAT THE PARTIES SHOULD STOP ENGAGING IN SETTLEMENT DISCUSSIONS AMONG THEMSELVES. The Court finds that too often the parties put settlement talks on hold until the settlement conference with the Magistrate Judge. The Court expects that many cases can be resolved among the parties without the need for court−supervised mediation. If your informal discussions are unsuccessful, the Court will conduct the conference but will expect the parties to apprise him of the status of their ongoing settlement discussions. Parties with full settlement authority are required to attend the conference. If a party is an individual, that individual must attend. If a party is a corporation or governmental entity, a representative of that corporation or governmental entity (in addition to counsel of record) with full settlement authority must attend. **All parties are required to be on camera.** "Full settlement authority" means the authority to negotiate and agree to a binding settlement agreement at any level up to the settlement demand of the opposing party. If a party requires approval by an insurer to settle, then a representative of the insurer with full and complete settlement authority must attend. Plaintiff should serve defendant with their settlement statement no later than 11/16/26. Likewise, defendant will respond to plaintiff's demand by 11/30/26. All settlement statements should be sent to the Court via the following email address: Chambers_Berry@ilnd.uscourts.gov by 12/14/26. Exhibits, if any, to settlement statements should be attached to the email sent to the Court. The parties' settlement statements are not to be filed on ECF, will not be made part of the Court's record, and will not be admissible as evidence. **A pre−settlement conference is set for 10/20/26 at 11:30am.** Instructions will be emailed to counsel. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.