**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| PATRICIA MULDER,<br><br>Plaintiff,<br><br>v.<br><br>MENARD, INC. d/b/a MENARDS,<br><br>Defendant. | Case No.: 1:25-cv-07421<br><br>Honorable Charles P. Kocoras<br><br>Honorable Albert Berry III<br>Magistrate Judge |

**DEFENDANT, MENARD, INC.'S PETITION FOR**
**RULE TO SHOW CAUSE AGAINST ZODE LLC**

NOW COMES the Defendant, MENARD, INC., by and through its attorneys, and for its Petition for Rule to Show Cause against ZODE LLC, states as follows:

1. On September 3, 2026, Defendant caused a subpoena duces tecum to be duly issued pursuant to Federal Rule of Civil Procedure 45, commanding Zode LLC to produce records pertaining to work performed by Zode LLC for Plaintiff, including communications, contracts, bids, invoices, and receipts. **Exhibit A**. The subpoena commanded that such production be made by October 1, 2026 at 4:30 p.m. *Id.*

2. Said subpoena was properly served upon Zode LLC on September 9, 2026, as evidenced by the proof of service attached hereto as **Exhibit B**.

3. On October 15, 2026, Defendant called Zode LLC and left a message. The call was not returned.

4. To date, despite proper service and the clear obligation under the subpoena, Zode LLC has failed to produce the requested records or otherwise move to quash or modify the subpoena or seek other relief from this Court.

5. Zode LLC has not provided any justification for its noncompliance, nor has it communicated with Defendant's counsel regarding its failure to comply with the subpoena.

6. The failure to provide the requested records has prejudiced Defendant in the preparation of its defense in this matter, as the requested records are material and relevant to the claims asserted by Plaintiff.

7. Pursuant to Rule 45(g) of the Federal Rules of Civil Procedure, this Court has the authority to hold Zode LLC in contempt for failing to obey a subpoena without adequate excuse.

WHEREFORE, Defendant, MENARD, INC., respectfully requests that this Court:

A. Issue a Rule to Show Cause ordering Zode LLC to appear before this Court and show cause as to why it should not be held in contempt for failing to comply with the subpoena;

B. Order Zode LLC to immediately produce the subpoenaed records;

C. Award Defendant its reasonable attorneys' fees and costs incurred in bringing this Petition; and

D. Grant such additional relief as the Court deems just and proper.

DATED: November 19, 2026

Respectfully submitted,

**MENARD, INC. d/b/a MENARDS**

By: *<u>/s/ Quinn W. Crowley</u>*

W. Anthony Andrews
Quinn W. Crowley
Ottosen DiNolfo Hasenbalg & Castaldo, Ltd.
2441 Warrenville Road, Suite 310
Lisle, IL 60532
630-682-0085

wandrews@ottosenlaw.com
qcrowley@ottosenlaw.com