S SUBURBAN IL 604

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Zode LLC.
14007 S. Bell Road, #143
Homer Glen, IL 60491

9590 9402 9144 4225 9520 94

2. Article Number *(Transfer from service label)*

9589 0710 5270 3820 1405 26

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X NISSEN

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery 9/9/26

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type

- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

**EXHIBIT**

**B**

MULDER