**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| PATRICIA MULDER | ) | |
| Plaintiff, | ) | |
| | ) | Case NO. 25 cv 07421 |
| **V.** | ) | |
| MENARD, INC., d/b/a MENARDS | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

TO: Isabella A. Mazzanti
Romanucci Blandin Law
321 N. Clark Street, Suite 900
Chicago, IL 60654
imazzanti@rblaw.net
PBortz@rblaw.net

Zode, LLC
14007 S. Bell Rd, # 143
Homer Glen, IL 60491

YOU ARE HEREBY NOTIFIED that on **November 19, 2026,** the following document(s) were electronically served via email and U.S. Mail to the parties listed above:

1. **Defendant Menard Inc's Petition for Rule to Show Cause Against Zode, LLC.**

/s/ *Quinn W. Crowley*
One of its Defendant Menard's Attorneys

W. Anthony Andrews (ARDC No. 6217267)
Quinn Crowley (ARDC No.6332590)
OTTOSEN DINOLFO HASENBALG & CASTALDO, LTD.
1804 N. Naper Blvd., Suite 350
Naperville, Illinois 60563
(630) 682-0085 - Telephone
wandrews@ottosenlaw.com
qcrowley@ottosenlaw.com
vmedina@ottosenlaw.com

**PROOF OF SERVICE**

I, the undersigned, on oath state that on **November 19, 2026** the foregoing attachments were served to all parties of record noticed above.

*Isl Virginia Medina*

SUBSCRIBED AND SWORN TO before me
this 19th day of November 2026.

*Isl Barb Remus*
Notary Public