# CERTIFICATE OF SERVICE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**Case #: 25-cv-07421**
**Court Date: 10/19/2026**
**Court Time: 11:00 AM**

**Patricia Mulder**

Plaintiff

**vs.**

**Menard, Inc. d/b/a Menards**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Subpoena To Testify At A Deposition In A Civil Action**

| | |
|---|---|
| PARTY SERVED: | **MONICA MILENA** |
| METHOD OF SERVICE: | **Personal Service** - By personally delivering copies to **MONICA MILENA** |
| DATE & TIME OF DELIVERY: | **10/4/2026 at 9:55 AM** |
| ADDRESS, CITY AND STATE: | **9720 MAPLE CREST COURT, PALOS HILLS, IL 60465** |
| DESCRIPTION: | Race: **White** Sex: **Female** Age: **50+**<br>Height: **5'3"** Weight: **120** Hair: **Blonde** Glasses: **No** |

Judicial Attorney Services, Inc.
PO Box 583
Geneva, IL 60134
(630) 221-9007

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true. Executed on 10/5/2026.

Steve Rozhon
Registration No: 117-001119

EXHIBIT
B

CLIENT: **Ottosen DiNolfo Hasenbalg & Castaldo, Ltd.**
FILE #:

Job #: **717270**